United States Courts
Southern District of Texas
ENTERED

JUN 1 1 2002

Michael N. Milby, Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | JOINTLY ADMINISTERED UNDER |
| SENTRY OPERATING COMPANY OF TEXAS, INC. | § | CASE NO. 01-60129-V2-11 |
| | § | |
| SENTRY OPERATING CO. | § | CASE NO. 01-60130-V2-11 |
| AMEY FUNERAL HOME, INC. | § | CASE NO. 01-60131-V2-11 |
| SENTRY OPERATING WEST, INC. | § | CASE NO. 01-60132-V2-11 |
| SENTRY GROUP SERVICES, INC. | § | CASE NO. 01-60133-V2-11 |
| FUNERAL SERVICE MANAGEMENT, INC. | § | CASE NO. 01-60134-V2-11 |
| SENTRY OPERATING COMPANY OF NEW MEXICO, INC. | § | CASE NO. 01-60135-V2-11 |
| SENTRY SERVICES AGENCY, INC. NEW MEXICO | § | CASE NO. 01-60136-V2-11 |
| CREMATION SOCIETY OF OKLAHOMA, INC. | § | CASE NO. 01-60137-V2-11 |
| SENTRY OPERATING COMPANY OF COLORADO, INC. | § | CASE NO. 01-60138-V2-11 |
| SENTRY SERVICES AGENCY, INC.-DEL | § | CASE NO. 01-60139-V2-11 |
| SENTRY OPERATING COMPANY OF KANSAS, INC., | § | CASE NO. 01-60140-V2-11 |
| | § | |
| DEBTORS | § | |

### ORDER MODIFYING THIRD AMENDED JOINT LIQUIDATING CHAPTER 11 PLAN IN ORDER TO EXTEND SALE DEADLINE

The Debtors, Sentry Operating Company of Texas, Inc., Sentry Operating Co., Amey Funeral Home, Inc., Sentry Operating West, Inc., Sentry Group Services, Inc., Funeral Service Management, Inc., Sentry Operating Company of New Mexico, Inc., Sentry Services Agency, Inc. New Mexico, Cremation Society of Oklahoma, Inc., Sentry Operating Company of Colorado, Inc., Sentry Services Agency, Inc.-Del, and Sentry Operating Company of Kansas, Inc., jointly administered ("Sentry" or "Debtors"), in the above proceeding have moved this Court, for an order modifying the Third Amended Joint Liquidating Chapter 11 Plan to extend the Sale Deadline to July 25, 2002. The Court has carefully considered the motion and is of the opinion that it should be granted. Therefore, it is

ORDERED that Section 6.2 of the Third Amended Joint Liquidating Chapter 11 Plan is hereby modified to extend the deadline for the sale of the Delayed Liquidation Assets from May 1,

2002 to July 25, 2002.

SIGNED this 10th day of June, 2002.

*Wesley W. Steen*
UNITED STATES BANKRUPTCY JUDGE