IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | JOINTLY ADMINISTERED UNDER |
| SENTRY OPERATING COMPANY OF TEXAS, INC. | § | CASE NO. 01-60129-V2-11 |
| | § | |

_____

| | | |
|---|---|---|
| SENTRY OPERATING CO. | § | CASE NO. 01-60130-V2-11 |
| AMEY FUNERAL HOME, INC. | § | CASE NO. 01-60131-V2-11 |
| SENTRY OPERATING WEST, INC. | § | CASE NO. 01-60132-V2-11 |
| SENTRY GROUP SERVICES, INC. | § | CASE NO. 01-60133-V2-11 |
| FUNERAL SERVICE MANAGEMENT, INC. | § | CASE NO. 01-60134-V2-11 |
| SENTRY OPERATING COMPANY OF NEW MEXICO, INC. | § | CASE NO. 01-60135-V2-11 |
| SENTRY SERVICES AGENCY, INC. NEW MEXICO | § | CASE NO. 01-60136-V2-11 |
| CREMATION SOCIETY OF OKLAHOMA, INC. | § | CASE NO. 01-60137-V2-11 |
| SENTRY OPERATING COMPANY OF COLORADO, INC. | § | CASE NO. 01-60138-V2-11 |
| SENTRY SERVICES AGENCY, INC.-DEL | § | CASE NO. 01-60139-V2-11 |
| SENTRY OPERATING COMPANY OF KANSAS, INC., | § | CASE NO. 01-60140-V2-11 |
| | § | |
| DEBTORS | § | |

**MOTION TO RECONSIDER ORDER DISMISSING MOTION TO
MODIFY ORDER CONFIRMING THIRD AMENDED JOINT LIQUIDATING
<u>CHAPTER 11 PLAN TO CORRECT CLERICAL ERROR AND TO RESET HEARING</u>**

---

**<u>NOTICE</u>**

**PLEASE TAKE NOTICE THAT A HEARING WILL BE CONDUCTED ON THIS MATTER ON MONDAY, JULY 22, 2002 AT 4:00 P.M. BEFORE THE HONORABLE WESLEY W. STEEN, IN COURTROOM 400, 4TH FLOOR, 515 RUSK, HOUSTON, TEXAS. IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING, SPECIFICALLY ANSWERING EACH PARAGRAPH OF THIS PLEADING.**

**YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT PRIOR TO THE HEARING. YOU MUST GIVE A COPY OF YOUR RESPONSE TO THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Sentry Operating Company of Texas, Inc., Sentry Group Services, Inc., Sentry Operating Co., Sentry Operating West, Inc., Sentry Operating Company of Colorado, Inc, Sentry Operating Company of Kansas, Inc., Sentry Operating Company of New Mexico, Inc Sentry Services Agency, Inc.-del, Sentry Services Agency, Inc. - New Mexico, Cremation Society of Oklahoma, Inc., Funeral Service Management, Inc., Amey Funeral Home, Inc. (collectively "Sentry" or "Debtors"), Debtors in these bankruptcy cases, hereby moving this Court, to reconsider the order dismissing the Motion to Modifying the Order Confirming Third Amended Joint Liquidating Chapter 11 Plan to Correct Clerical Error (the "Motion") filed by the Debtors and reset the hearing regarding the same and in support of thereof would respectfully show the Court as follows:

**Background**

1. The Debtors filed petitions under Chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Southern District of Texas, Victoria Division, on April 16, 2001. The cases were subsequently jointly administered under Case No. 01-60129-V2-11.

2. The Debtors Third Amended Joint Liquidating Chapter 11 Plan (the "Modified Plan"), as modified was confirmed on August 10, 2001.

3. On May 21, 2002, Debtors filed the Motion in order to correct a clerical error. A hearing on the Motion was scheduled for June 24, 2002 at 4:00 p.m.

4. The Debtors failed to appear at the scheduled hearing and the Court subsequently entered on order dismissing the Motion for want of prosecution on June 25, 2002 (the "Order") (Docket #250).

**Relief Requested**

5.  The Debtors request that the court reconsider and vacate the Order and reschedule the hearing on the Motion to July 22, 2002 at 4:00 p.m.

6.  Upon information and belief, the relief requested in the Motion is unopposed. A copy of the Motion was properly served an all required parties pursuant to the Bankruptcy Rules. No response or objection to the Motion has been filed.

7.  The Debtors failure to appear at the scheduled hearing was due to an error in calendaring and was not intended hinder or delay the Court.

**Relief Requested**

WHEREFORE, Sentry prays that the Court that its motion be granted, that the court reconsider and vacate the Order entered on June 25, 2002 (Docket #250), and reschedule a hearing on the Motion for July 22, 2002 at 4:00 p.m., and grant such other and further relief as is just and proper.

Respectfully submitted,

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: /s/ Melissa A. Haselden
_____
EDWARD L. ROTHBERG
State Bar No. 17313990
MELISSA A. HASELDEN
State Bar No. 00794778
Eleven Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone: (713) 961-9045
Facsimile:  (713) 961-5341

ATTORNEYS FOR DEBTORS

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been forwarded by first class mail, postage prepaid, and/or by facsimile, on this the 27th day of June 2002, to the parties on the attached service list.

/s/ Melissa A. Haselden

MELISSA A. HASELDEN

L:\sen002\00004\MH1369.WPD