IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | JOINTLY ADMINISTERED UNDER |
| SENTRY OPERATING COMPANY OF TEXAS, INC. | § | CASE NO. 01-60129-V2-11 |
| | § | |
| SENTRY OPERATING CO. | § | CASE NO. 01-60130-V2-11 |
| AMEY FUNERAL HOME, INC. | § | CASE NO. 01-60131-V2-11 |
| SENTRY OPERATING WEST, INC. | § | CASE NO. 01-60132-V2-11 |
| SENTRY GROUP SERVICES, INC. | § | CASE NO. 01-60133-V2-11 |
| FUNERAL SERVICE MANAGEMENT, INC. | § | CASE NO. 01-60134-V2-11 |
| SENTRY OPERATING COMPANY OF NEW MEXICO, INC. | § | CASE NO. 01-60135-V2-11 |
| SENTRY SERVICES AGENCY, INC. NEW MEXICO | § | CASE NO. 01-60136-V2-11 |
| CREMATION SOCIETY OF OKLAHOMA, INC. | § | CASE NO. 01-60137-V2-11 |
| SENTRY OPERATING COMPANY OF COLORADO, INC. | § | CASE NO. 01-60138-V2-11 |
| SENTRY SERVICES AGENCY, INC.-DEL | § | CASE NO. 01-60139-V2-11 |
| SENTRY OPERATING COMPANY OF KANSAS, INC., | § | CASE NO. 01-60140-V2-11 |
| | § | |
| DEBTORS | § | |

**ORDER GRANTING RECONSIDERATION AND RESETTING HEARING**

The Debtors, Sentry Operating Company of Texas, Inc., Sentry Operating Co., Amey Funeral Home, Inc., Sentry Operating West, Inc., Sentry Group Services, Inc., Funeral Service Management, Inc., Sentry Operating Company of New Mexico, Inc., Sentry Services Agency, Inc. New Mexico, Cremation Society of Oklahoma, Inc., Sentry Operating Company of Colorado, Inc., Sentry Services Agency, Inc.-Del, and Sentry Operating Company of Kansas, Inc., jointly administered ("Sentry" or "Debtors"), in the above proceeding have moved this Court, for an order vacating the Order entered on June 25, 2002 and reset a hearing on the Motion for July 22, 2002 at 4:00 p.m. The Court has carefully considered the motion and is of the opinion that it should be granted.  Therefore, it is

ORDERED that the court's order of June 25, 2002 (Docket #250), is VACATED and a hearing on Debtors Motion to Modifying the Order Confirming Third Amended Joint Liquidating Chapter 11 Plan to Correct Clerical Error is RESET to July 22, 2002 at 4:00 p.m.

SIGNED this _____ day of _____, 2002.

_____
UNITED STATES BANKRUPTCY JUDGE